USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
GERALD DINGEE and MICHAEL LAMP, Individually and on behalf of all Others similarly situated,

Plaintiffs,

-against-

WAYFAIR INC., NIRAJ SHAH, and MICHAEL FLEISHER,

Defendants.
-----------------------------------------------------------X

15 **CIVIL** 6941 (DLC)

**JUDGMENT**

Defendants having moved to dismiss, and the matter having come before the Honorable Denise L. Cote, United States District Judge, and the Court, on May 24, 2016, having rendered its Opinion & Order granting Defendants' February 25 motion to dismiss with prejudice; and directing the Clerk of Court to enter judgment for the Defendants and close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 24, 2016, Defendants' February 25 motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
May 25, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**